**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| GEORGE MERCIER, | ) | |
| | ) | 2:07-cv-00276-RCJ-GWF |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MARK JAMES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court for consideration is the Findings and Recommendation of Magistrate Judge George W. Foley, Jr., entered November 21, 2007 (#3). No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Findings and Recommendation of the United States Magistrate Judge entered November 21, 2007, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Foley, Jr.'s Findings and Recommendations (#3) be affirmed and adopted, and that the Complaint should be **dismissed with prejudice** based upon Plaintiff's failure to pay the filing fee of three-hundred fifty dollars ($350.00) by April 4, 2007.

DATED: December 13, 2007

_____
UNITED STATED DISTRICT COURT